UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAINBUILDERS LLC, and H and D, by their Attorney-in-Fact, ROCHEL SOROTZKIN,

                Plaintiffs,

-v.-

EMBLEMHEALTH, INC., GROUP HEALTH INCORPORATED, THE CITY OF NEW YORK, NEW YORK CITY OFFICE OF LABOR RELATIONS, and NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendants.

21 Civ. 4627 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On July 14, 2021, Plaintiffs filed their Second Amended Complaint in this action. (Dkt. #34). In an Order issued the same day, the Court directed Defendants to file their responses to the Second Amended Complaint on or before July 28, 2021. (Dkt. #35). Given Defendants' prior submissions of pre-motion letters in response to Plaintiffs' First Amended Complaint (*see* Dkt. #29, 32), the Court expected Defendants to respond to the Second Amended Complaint by filing either answers or pre-motion letters. However, Defendants the City of New York, the New York City Office of Labor Relations, and the New York City Department of Education (collectively, the "City Defendants"), instead responded by filing a motion to dismiss the Second Amended Complaint, in noncompliance with Rule 4.A of the Court's Individual Rules of Practice in Civil Cases. (*See* Dkt. #36). The City Defendants' motion is accordingly DENIED without prejudice due to its noncompliance with the Court's Individual Rules.

However, given that Defendants EmblemHealth, Inc. and Group Health Incorporated (the "GHI Defendants") have separately requested a pre-motion conference (*see* Dkt. #37), the Court hereby CONVERTS the initial pretrial conference scheduled for **August 12, 2021, at 3:00 p.m**., to a pre-motion conference. The Court will hear from the parties at the conference regarding both the GHI Defendants' and the City Defendants' anticipated motions.

Any response from Plaintiffs to the GHI Defendants' pre-motion letter will be due on or before **August 3, 2021.** Moreover, the Court expects that Plaintiffs' counsel will determine his ability to appear in this District, and submit any applicable *pro hac vice* motion in advance of the August 12, 2021 conference.

The Clerk of Court is directed to terminate the motions at docket entries 36 and 37.

SO ORDERED.

Dated:   July 29, 2021
         New York, New York

                                        _____
                                             KATHERINE POLK FAILLA
                                             United States District Judge