**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BRAINBUILDERS LLC and H and D, by their
Attorney-in-Fact, Rochel Sorotzkin,

        Plaintiffs,
  -against-            21 **CIVIL** 4627 (KPF)

                       **JUDGMENT**

EMBLEMHEALTH, INC., GROUP HEALTH
INCORPORATED, THE CITY OF NEW YORK,
NEW YORK CITY OFFICE OF LABOR
RELATIONS, and NEW YORK CITY
DEPARTMENT OF EDUCATION,

        Defendants.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 8, 2022, Defendants' motions to dismiss are GRANTED, and Plaintiffs' claims are dismissed; accordingly, the case is closed.

**Dated:** New York, New York

   August 10, 2022

                         **RUBY J. KRAJICK**
                        _____
                         **Clerk of Court**
            **BY:**   *K. Mango*
                        _____
                          **Deputy Clerk**