# Yaakov Pollak, Esq.
ATTORNEY AT LAW

55 Rena Lane, Lakewood, new jersey 08701
ypollak@nbyjlaw.com
(732) 833-3421

September 7, 2022

VIA ECF
The Honorable Katherine Polk Failla
United States District Court,
Southern District of New York
40 Foley Square
New York, New York 10007

   **Re:** *Brainbuilders LLC et al. v. EmblemHealth, Inc., et al.*
      **Civil Action No.:** *1:21-cv-04627-KPF*

Dear Judge Failla:

  We represent the Plaintiff ("Plaintiff") in the above-referenced matter. On August 22, 2022, Plaintiff filed a Motion for Reconsideration of the Court's Order of August 8, 2021, to which Defendant EmblemHealth Inc. filed a response on September 6, 2022. Pursuant to Local Rule 7.1(d)(3), replying to a response to a motion for reconsideration is only with permission from the Court. Accordingly, we hereby write to respectfully request the opportunity to file a Reply to Defendants' Response.

  We thank the Court for its consideration.

                Respectfully submitted,

                */s/* Yaakov Pollak

cc: All counsel of record (via ECF)