**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of Southern District of New York

File Number  1:21-cv-04627

| | |
|---|---|
| BRAINBUILDERS LLC, and H and D, by their Attorney-in-Fact, RACHEL SOROTOZKIN, *Plaintiffs,* v. EMBLEMHEALTH, INC., GROUP HEALTH INCORPORATED, THE CITY OF NEW YORK, NEW YORK CITY OFFICE OF LABOR RELATIONS, and NEW YORK CITY DEPARTMENT OF EDUCATION, *Defendants*. | Notice of Appeal |

Notice is hereby given that H and D, by their Attorney-in-Fact, Rachel Sorotzkin, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from an order entered in this action on the 8th day of August, 2022, dismissing the Second Amended Complaint and granting the Motion to Dismiss the Second Amended Complaint filed by Group Health Incorporated and EmblemHealth Inc., and from an order entered in this action on the 22nd day of November, 2022, denying Plaintiffs' Motion for Reconsideration and/or Leave to Amend.

/s/ Yaakov Pollak
Yaakov Pollak, Esq.

Attorney for  Plaintiffs
Address:  55 Rena Lane
Lakewood, NJ 08701